IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          2:08CV00127 WRW

CASEY & KENNETH COX, A JOINT VENTURE,
KENNETH COX, LATONIA COX,
CASEY COX AND GLORIS COX, AND SPOUSES                                           DEFENDANTS

ORDER

Latonia Cox having filed a Chapter 7 bankruptcy petition, Case No. 2:08-bk-13831 on June 26, 2008, the Clerk of this Court is hereby ORDERED to administratively terminate the above-captioned foreclosure action, subject to the right of any of the parties to petition to reopen and reinstate this action in the event the automatic stay of the bankruptcy code is lifted or the bankruptcy case is terminated.

Dated this 2nd day of September, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE